SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Jay B. Kasner
Scott D. Musoff
Christopher P. Malloy
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants
Merrill Lynch Mortgage Investors, Inc. and
Merrill Lynch, Pierce, Fenner & Smith Incorporated.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| IRON WORKERS LOCAL NO. 25 PENSION FUND, individually and on behalf of all others similarly situated, | |
| Plaintiff, | 08 Civ. 10841 (BSJ) |
| v. | **ECF Case** |
| CREDIT-BASED ASSET SERVICING AND SECURITIZATION LLC, MERRILL LYNCH MORTGAGE INVESTORS, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED, J.P. MORGAN SECURITIES INC., ABN AMRO INCORPORATED, C-BASS 2007-CB4 TRUST, PAUL PARK, BRIAN T. SULLIVAN, MICHAEL M. McGOVERN, and DONALD J. PUGLISI, | **Electronically Filed** |
| | **F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for Defendants Merrill Lynch Mortgage Investors, Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated (the "Merrill Defendants"), states as follows:

Merrill Lynch Mortgage Investors, Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated are direct or indirect subsidiaries of Merrill Lynch & Co., Inc.  Merrill Lynch & Co., Inc. is a direct subsidiary of Bank of America Corporation, which owns all of the common stock of Merrill Lynch & Co., Inc.  Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange.  It has no parent company and no publicly-held company owns more than 10% of Bank of America Corporation's shares.

Dated: New York, New York
       February 17, 2009

           /s/ Jay B. Kasner
Jay B. Kasner
Scott D. Musoff
Christopher P. Malloy
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants Merrill Lynch Mortgage Investors, Inc. and Merrill Lynch, Pierce, Fenner & Smith Incorporated