UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-25-09
```

PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF :
MISSISSIPPI, et al., Individually and On Behalf of All :
Others Similarly Situated, :

                    Plaintiffs, :

         v. :

MERRILL LYNCH & CO. INC., et al., :

                  Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 10841 (JSR)
ECF CASE

[Proposed] **ORDER**

        Upon the unopposed motion of Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., First Franklin Financial Corporation (the "Merrill Lynch Defendants") and Defendants Matthew Whalen, Paul Park, Brian T. Sullivan, Michael M. McGovern, Donald J. Puglisi, and Donald C. Han (the "Individual Defendants") it is hereby ORDERED:

        1.    The Merrill Lynch Defendants and Individual Defendants shall be permitted to file affidavits and exhibits thereto in support of their motion to dismiss the Consolidated Class Action Complaint (the "Motion to Dismiss") in paper format in lieu of using the Electronic Case Filing system.

        2.    The Merrill Lynch Defendants and Individual Defendants shall be permitted to file with the Clerk of Court CDs or DVDs containing electronic copies of such affidavits and exhibits thereto in Portable Document Format ("pdf").

        SO ORDERED:

        JED S. RAKOFF, U.S.D.J.

Dated:      New York, New York
           June 15 2009