SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Jay B. Kasner
Christopher P. Malloy
Scott D. Musoff
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendants Merrill Lynch & Co.,
   Inc., Merrill Lynch Mortgage Investors, Inc.,
   Merrill Lynch, Pierce, Fenner & Smith
   Incorporated, Matthew Whalen, Paul Park, Brian
   T. Sullivan, Michael M. McGovern, Donald J.
   Puglisi and Donald C. Han

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF :
MISSISSIPPI, et al., Individually and On Behalf of All :
Others Similarly Situated,                  :     08 Civ. 10841 (JSR)

                                        :     ECF CASE

                      Plaintiffs,      :
                                          :

        v.                                  :
                                          :

MERRILL LYNCH & CO. INC., et al.,         :
                                          :

                Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION OF THE MERRILL LYNCH**
**DEFENDANTS AND THE INDIVIDUAL DEFENDANTS**
**TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the annexed Amended Class Action

Complaint in the above-captioned action; the Memorandum of Law in Support of the Motion of the

Merrill Lynch Defendants and the Individual Defendants to Dismiss the Amended Class Action

Complaint; the accompanying Declaration of Jay B. Kasner in Support of the Motion of the Merrill

Lynch Defendants and the Individual Defendants to Dismiss the Amended Class Action Complaint,

dated August 6, 2010, and the exhibits annexed thereto; and upon all prior papers and proceedings herein, Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc., and Merrill Lynch, Pierce, Fenner & Smith, Incorporated (collectively, the "Merrill Lynch Defendants") and Defendants Matthew Whalen, Paul Park, Brian T. Sullivan, Michael M. McGovern, Donald J. Puglisi, and Donald C. Han (collectively, the "Individual Defendants"), by and through their undersigned counsel, will move this Court, before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order:  (a) dismissing the Amended Class Action Complaint with prejudice and striking certain allegations pursuant to Fed. R. Civ. P. 8(a), 12(b)(6) and 12(f); and (b) for such other and further relief as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that opposition papers shall be served and filed on August 20, 2010; reply papers shall be served and filed on August 27, 2010; and oral argument shall be held on September 15, 2010.

Dated: New York, New York
        August 6, 2010

/s/  Jay B. Kasner
Jay B. Kasner (jay.kasner@skadden.com)
Christopher P. Malloy
  (christopher.malloy@skadden.com)
Scott D. Musoff (scott.musoff@skadden.com)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
(212) 735-3000

Attorneys for the Merrill Lynch Defendants and
Individual Defendants

To:

David R. Stickney
Timothy A. DeLange
David A. Thorpe
BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
(858) 793-0070

Chad Johnson
Bruce Bernstein
BERNSTEIN LITOWITZ BERGER &
  GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
(212) 554-1400

Lead Attorneys for the Class

Mitchell A. Lowenthal
CLEARY GOTTLIEB STEEN &
  HAMILTON LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN &
  HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20008
(202) 974-1500

Attorneys for Defendants J.P. Morgan
Securities, Inc. and ABN AMRO Incorporated

3