UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
PUBLIC EMPLOYEES' RETIREMENT SYSTEM   :
OF MISSISSIPPI et al.,                :
                                      :
            Plaintiffs,               :
                                      :
        -v-                           :    08 Civ. 10841 (JSR)
                                      :
MERRILL LYNCH & CO. INC. et al.,      :
                                      :         ORDER
            Defendants.               :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

      The parties in this case have informed the Court that they reached a settlement, subject to Court approval. See Fed. R. Civ. P. 23(e). Accordingly, as communicated to the parties in a joint telephone conference held with the Court on October 21, 2011, the parties must submit by December 5, 2011 the signed stipulation of settlement and motion papers requesting the Court's preliminary approval of the proposed settlement. All other proceedings in this case are hereby stayed, but if the aforementioned submissions are not received on or before December 5, 2011, all proceedings will re-commence in accordance with the Case Management Plan dates plus 45 days.

SO ORDERED.

                                                        _____
                                                        JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        October 26, 2011