UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>MERRILL LYNCH & CO. INC., et al.,<br><br>           Defendants. | Civil Action No. 08-cv-10841-JSR-JLC<br>ECF case |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND APPROVAL OF THE NOTICE TO THE CLASS**

**BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP**
Max W. Berger
David Wales
Jeroen Van Kwawegen
Sean O'Dowd
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
   -and-
David R. Stickney (admitted *pro hac vice*)
Timothy A. DeLange (admitted *pro hac vice*)
Matthew P. Jubenville
12481 High Bluff Drive, Ste. 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Lead Counsel and Attorneys for Lead Plaintiff Public Employees' Retirement System of Mississippi and Plaintiff Los Angeles County Employees Retirement Association*

TO:   All Counsel of Record

PLEASE TAKE NOTICE that pursuant to the Court's October 28, 2011 Order (ECF No. 172), and upon the Stipulation and Agreement of Settlement between Lead Plaintiff and Defendants Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Matthew Whalen, Paul Park, Brian T. Sullivan, Michael M. McGovern, Donald J. Puglisi and Donald C. Han (the "Settling Defendants"; with Lead Plaintiff, the "Settling Parties"), attached as Exhibit 1 to the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiff will and hereby does move this Court, under Rule 23 of the Federal Rules of Civil Procedure, for an order preliminarily approving the Settlement of the above-captioned action, and approving the form and manner of notice to Class Members.

Submitted herewith is a copy of the Settling Parties' agreed-upon form of [Proposed] Order Preliminarily Approving Settlement And Providing For Notice.

DATED:  December 5, 2011            Respectfully submitted,

                                  /s/ David R. Stickney
David R. Stickney (admitted *pro hac vice*)
(davids@blbglaw.com)
Timothy A. DeLange (admitted *pro hac vice*)
(timothyd@blbglaw.com)
Matthew P. Jubenville
(matthewj@blbglaw.com)
BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
      -and-
Max W. Berger
(MWB@blbglaw.com)
David Wales
(dwales@blbglaw.com)
Jeroen Van Kwawegen
(jeroen@blbglaw.com)

Sean O'Dowd
(seano@blbglaw.com)
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Lead Counsel and Attorneys for Lead Plaintiff Public Employees' Retirement System of Mississippi and Attorneys for Plaintiff Los Angeles County Employees Retirement Association*