# Exhibit 6

*Public Employees' Retirement System of Mississippi, et al., v. Merrill Lynch & Co. Inc., et al.*
Civil Action No. 08-cv-10841-JSR-JLC

## EXPENSES INCURRED BY CATEGORY

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $ 1,996.00 |
| Service of Process | 13,791.43 |
| On-Line Legal Research | 69,404.99 |
| On-Line Factual Research | 10,046.33 |
| Document Management/Litigation Support | 510,759.98 |
| Telephones | 1,262.78 |
| Postage & Express Mail | 9,591.73 |
| Hand Delivery Charges | 1,855.36 |
| Local Transportation | 10,590.68 |
| Internal Copying | 52,791.27 |
| Outside Copying | 45,674.32 |
| Out of Town Travel | 72,175.23 |
| Working Meals | 15,326.66 |
| Court Reporters and Transcripts | 71,932.93 |
| Special Publications | 38.45 |
| Staff Overtime | 3,647.70 |
| Temporary Litigation Support | 13,411.66 |
| Experts/Consultants | 2,340,576.37 |
| Mediation Fees | 35,650.00 |
| | |
| **TOTAL EXPENSES:** | **$3,280,523.87** |

# 620435